**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Siget C Stockton,

                                                   :          **Chapter 13**

        **Debtor.**                          :        **Bky. No. 26-11438 (PMM)**

**ORDER TO SHOW CAUSE WHY**
**DEBTOR'S CASE SHOULD NOT BE DISMISSED**

    **AND NOW,** the docket reflecting that this case was filed in violation of a prior order of this Court (<u>see</u> Bky. No. 11-12753, doc. #21);

    It is hereby **ORDERED** that a hearing shall be held **on Wednesday, April 22, 2026 at 1:00 p.m.** in the United States Bankruptcy Court, in Bankruptcy Courtroom No. 3, U.S. Courthouse, 900 Market Street, 2d Floor, Philadelphia, PA 19107 to consider whether this bankruptcy case should be **DISMISSED as having been filed in violation of a prior court Order.**

Date: 4/7/26

                                          **HON. PATRICIA M. MAYER**
                                          **U.S. BANKRUPTCY JUDGE**