United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 26-11438-pmm

Siget Stockton                                                                          Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                                      Page 1 of 1

Date Rcvd: Apr 07, 2026                  Form ID: pdf900                             Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 09, 2026:**

**Recip ID**         **Recipient Name and Address**
db               Siget Stockton, 1804 N 77th Street, Philadelphia, PA 19151-2003

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 09, 2026                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 7, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Siget Stockton help@cibiklaw.com<br>noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 3

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

**IN RE: Siget C Stockton,**

                                     :        **Chapter 13**

**Debtor.**               :        **Bky. No. 26-11438 (PMM)**

**ORDER TO SHOW CAUSE WHY**
**DEBTOR'S CASE SHOULD NOT BE DISMISSED**

    **AND NOW,** the docket reflecting that this case was filed in violation of a prior order of this Court (see Bky. No. 11-12753, doc. #21);

    It is hereby **ORDERED** that a hearing shall be held **on Wednesday, April 22, 2026 at 1:00 p.m.** in the United States Bankruptcy Court, in Bankruptcy Courtroom No. 3, U.S. Courthouse, 900 Market Street, 2d Floor, Philadelphia, PA 19107 to consider whether this bankruptcy case should be **DISMISSED as having been filed in violation of a prior court Order.**

*Patricia M. Mayer*

**Date: 4/7/26**

                **HON. PATRICIA M. MAYER**
                **U.S. BANKRUPTCY JUDGE**