**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| **In re:** | **Siget Stockton,** | : | **Chapter 13** |
| | | : | |
| | | : | **Case No. 26-11438 (PMM)** |
| | | : | |
| | **Debtor.** | : | |

**ORDER DISMISSING BANKRUPTCY CASE**

**AND NOW** the Debtor having failed to file the required schedules, <u>see</u> doc. #4;

It is hereby **ordered** that:

1) The bankruptcy case is **dismissed**; and

2) The Bar Order (<u>see</u> doc. #21 in Bankruptcy Case no. 11-12753) shall remain in place.

**Date:  4/21/26**

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**